IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Bankruptcy Matter of:

Gale D. Horton

　　　　　　　　　Debtor

Bankruptcy No. 09-35342
Judge Jack B. Schmetterer
Chapter: 13

## NOTICE OF STATEMENT OF OUTSTANDING OBLIGATIONS

　　　IN REPONSE TO NOTICE OF FINAL CURE PAYMENT, filed by the Chapter 13 Trustee on April 3, 2012, HSBC Mortgage Services Inc. hereby states the following:

1. Debtor has not made any post petition mortgage payments and is currently due for all post petition payments from October 1, 2009 through April 1, 2012 in the amount of $328.22 each.

　　　　　　　　　　　　　　　　　/s/ Andrew E. Houha
　　　　　　　　　　　　　　　　　Andrew E. Houha, ARDC #6216265
　　　　　　　　　　　　　　　　　Attorney for HSBC Mortgage Services, Inc.

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOS